**Order filed March 14, 2013**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00017-CR
_____

### ROBERT TAYLOR WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1225261**

### ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit1A (DVD).**

The clerk of the 339th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit1A (DVD), on or before **March 21, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit1A (DVD), to the clerk of the 339th District Court.

PER CURIAM